UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STRIKE 3 HOLDINGS, LLC,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP address 99.186.87.24,

      Defendant.
_____/

Case No. 25-cv-12390
Hon. Matthew F. Leitman

## **PROTECTIVE ORDER CONCERNING PSEUDONYM FOR DEFENDANT**

In this action, Plaintiff Strike 3 Holdings, LLC alleges that Defendant John Doe violated its copyrights. (*See* Compl., ECF No. 1.)  Currently, Strike 3 is only able to identify the Defendant by his or her internet protocol address.  Simultaneous with the entry of this order, the Court will enter an order permitting Strike 3 to subpoena the Defendant's internet service provider (the "ISP") in an attempt to obtain the Defendant's name and address.  If Strike 3 receives the name and address of the Defendant from the ISP, it shall serve the Defendant with a copy of this order at the same time it serves the Complaint.

Until further order of the Court, the Defendant shall be identified in all public filings in this action as "John Doe."  In addition, until further order of the Court, no

party shall use the name, address, or any other identifying contact information of the Defendant in any public filing in this case.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  August 20, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 20, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126