UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STRIKE 3 HOLDINGS, LLC

      Plaintiff,

v.

JOHN DOE, Subscriber assigned
IP Address 99.186.87.24,

      Defendant.
_____/

Case No. 25-cv-12390
Hon. Matthew F. Leitman

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 5, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 5, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126